# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE MONTEIRO,<br><br>    Plaintiff<br><br>v.<br><br>AURORA ORTIZ-ROMERO, et al.,<br><br>    Defendants | Case No.: 2:23-cv-01864-APG-VCF<br><br>**Order Remanding Case** |

On November 17, 2023, I ordered Michelle Monteiro to show cause why this case should not be remanded to Las Vegas Justice Court for lack of subject matter jurisdiction. ECF No. 5. I advised Monteiro that if she did not respond by December 1, 2023, I would remand the case. *Id*. Monteiro did not respond.

I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings. The clerk of court is instructed to close this case.

DATED this 5th day of December, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE